NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURUS TECHNOLOGIES, INC.,**
*Appellant*

v.

**GLOBAL TEL LINK CORPORATION,**
*Appellee*

---

2016-1372, -1373

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00493 and IPR2014-00749.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than February 29, 2016.

2          SECURUS TECHNOLOGIES, INC. v. GLOBAL TEL LINK
CORPORATION

                                      For the Court

                                      <u>/s/ Daniel E. O'Toole</u>
                                      Daniel E. O'Toole
                                      Clerk of Court

s32